# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Delaware

Case Number: 20-CV-00840

Plaintiff:
**DANIEL DAVIS III**

vs.

Defendant:
**GAS RECOVERY, LLC, SANTANDER CONSUMER USA INC. D/B/A CHRYSLER CAPITAL**

For:
Andrew M. Milz, Esq.
Flitter Milz, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072

Received by Compass Process Servers on the 24th day of September, 2020 at 4:53 pm to be served on **Santander Consumer USA, Inc., d/b/a Chrysler Capital, 1601 Elm Street, Suite 800, Dallas, TX 75201**.

I, Scott Pritchard, being duly sworn, depose and say that on the **25th day of September, 2020** at **1:52 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Letter of Instruction, Summons in a Civil Action, Complaint, First Amended Complaint** with the date of service endorsed thereon by me, to: **Lindsey Barrientez, CT Corporation System, Registered Agent as Intake Specialist** for **Santander Consumer USA, Inc., d/b/a Chrysler Capital**, at the address of: **1999 Bryan Street, Suite 900, Dallas, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

I am of sound mind, capable of making this Affidavit. I am over the age of 18 years and I am not a party to this suit and have no interest in the outcome of the suit.

[Notary Seal: STEPHANIE KAY COCHRAN, Notary Public, State of Texas, Comm. Expires 03-26-2023, Notary ID 131946910]

Subscribed and Sworn to before me on the ___29___ day of ___September, 2020___ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Scott Pritchard**
PSC3703, Exp. 4/30/2022

**Compass Process Servers**
delivery@compassde.com
P.O. Box 11042
Killeen, TX 76547
(888) 619-7499

Our Job Serial Number: PTC-2020005584

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1u